

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-16-00054-CV

**IN THE INTEREST OF V.H., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01656
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to April 16, 2016. FURTHER EXTENSIONS OF TIME ARE DISFAVORED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court